# Third District Court of Appeal

## State of Florida

Opinion filed August 3, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-22
Lower Tribunal No. 10-31265
_____

**Eduardo Linares,**
Appellant,

vs.

**Wells Fargo Bank, N.A.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

Robert Flavell, P.A., and Robert Flavell (Celebration), for appellant.

K&L Gates LLP, and R. Shawn Hogue, for appellee.

Before FERNANDEZ, C.J., and LOGUE and LOBREE, JJ.

PER CURIAM.

In this residential foreclosure case, Eduardo Linares appeals the trial

court's denial of his motion for attorney's fees. Because, as the Appellant points out, the record contains a consent final judgment of foreclosure which has never been set aside, we find no error.

Affirmed.